| | | | |
|---|---|---|---|
| Fink v. Meadow<br>Lake Estates<br>2016 MT 108N | DA 15-0563<br>Affirmed | 05/10/16 | Dist. 21 (Ravalli) |
| Fed. Nat'l Mortgage<br>v. Taves<br>2016 MT 109N | DA 15-0527<br>Affirmed | 05/10/16 | Dist. 11 (Flathead) |
| State v. Sherman<br>2016 MT 110N | DA 14-0524<br>Affirmed | 05/10/16 | Dist. 6 (Park) |
| McGovern v. 8th<br>Judicial Dist. Ct. | OP 16-0257<br>Denied | 05/10/16 | Original Proceeding<br>Supervisory Control |
| Strizich v. Kirkegard | OP 16-0172<br>Denied | 05/10/16 | Original Proceeding<br>Habeas Corpus |
| Smaage v. Fender | OP 16-0241<br>Denied | 05/10/16 | Original Proceeding<br>Habeas Corpus |
| Jamison v. Missoula<br>County Comm.<br>2016 MT 112N | DA 15-0236<br>Affirmed | 05/17/16 | Dist. 4 (Missoula) |
| Marriage of Stearns<br>2016 MT 116N | DA 15-0497<br>Affirmed | 05/17/16 | Dist. 11 (Flathead) |
| Marriage of Murphy<br>2016 MT 117N | DA 15-0632<br>Affirmed &<br>Reversed | 05/17/16 | Dist. 6 (Park) |
| State v. Dovey<br>2016 MT 118N | DA 15-0496<br>Affirmed | 05/17/16 | Dist. 20 (Lake) |
| Daniels v. Kirkegard | OP 16-0259<br>Denied | 05/17/16 | Original Proceeding<br>Habeas Corpus |
| Corntassel v. MSH | OP 16-0271<br>Denied | 05/17/16 | Original Proceeding<br>Habeas Corpus |
| Conner v. 1st Judicial<br>District Court | OP 16-0283<br>Denied | 05/17/16 | Original Proceeding<br>Supervisory Control |
| Davenport v.<br>Davidson<br>2016 MT 122N | DA 15-0553<br>Affirmed | 05/24/16 | Dist. 19 (Lincoln) |